UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ARIES MARINE CORPORATION | CIVIL ACTION NO. 22-cv-0998 |
| VERSUS | JUDGE S. MAURICE HICKS |
| LLOYD ENGINEERING INC., ET AL. | MAGISTRATE JUDGE DAVID AYO |

### ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge (Record Document 25) previously filed herein, no objections thereto being filed, and having thoroughly reviewed the record, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant Lloyd Engineering Inc.'s Motion to Dismiss the Cross-Claim (Record Document 19) is **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 27th day of March, 2023.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE